FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILL GREEN, <br><br> Plaintiff, <br><br> v. <br><br> GINA MCCARTHY, in her official capacity as Administrator United States Environmental Protection Agency, <br><br> Defendant. | No.   4:16-CV-5126-SMJ <br><br> **ORDER DISMISSING CASE** |

On December 14, 2016, the Plaintiff filed a Notice of Voluntary Dismissal, ECF No. 10.  Consistent with Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED:**

    **1.**    The Plaintiff's Notice of Voluntary Dismissal, **ECF No. 10**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 15th day of December 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2